UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DUANE MICHAEL WOOD,

    Plaintiff,

v.                                        Case No.:  2:25-cv-327-SPC-KCD

RACETRACK LLC, CAPE CORAL
POLICE DEPARTMENT, and LEE
COUNTY SHERIFF
DEPARTMENT,

    Defendants.
_____/

## OPINION AND ORDER

Before the Court is Plaintiff Duane Michael Wood's complaint (Doc. 1). Wood, a pretrial detainee at the Lee County Jail, sues Defendants Racetrack LLC, Cape Coral Police Department, and Lee County Sheriff's Department under 42 U.S.C. § 1983. United States Magistrate Judge Kyle Dudek granted Wood leave to proceed *in forma pauperis* (Doc. 11), so the Court must review the complaint *sua sponte* to determine whether it is frivolous or malicious, fails to state a claim, or seeks monetary damages against a party who is immune from such relief. *See* 28 U.S.C. 1915(e)(2).

Wood fails to state a claim. To state a claim under § 1983, a plaintiff "must allege that a person acting under color of state law deprived him of a federal right." *McIndoo v. Broward Cty.*, 750 F. App'x 816, 819 (11th Cir. 2018).

Racetrack appears to be a private business entity and clearly did not operate under color of state law. So Wood fails to state a claim against Racetrack.

As for the Cape Coral Police Department and Lee County Sheriff's Department, they are not legal entities subject to suit under § 1983. *See, e.g.*, *Dean v. Barber*, 951 F.2d 1210, 1214 (11th Cir. 1992) ("Sheriff's departments and police departments are not usually considered legal entities subject to suit." (citations omitted)); *Taylor v. Hall*, No. 5:25-CV-19-WFJ-PRL, 2025 WL 326678, at *3 (M.D. Fla. Jan. 29, 2025) (dismissing the plaintiff's claims against Citrus County Sheriff's Department because "it is not a legal entity subject to suit"); *Lewis v. Bradenton Beach Police Dep't*, No. 8:11-CV-18-T-30AEP, 2011 WL 1227825, at *3 (M.D. Fla. Apr. 1, 2011) ("Florida courts have consistently found that city police departments are not separate legal entities subject to suit."). So Wood fails to state a claim against them too.

Accordingly, it is now **ORDERED:**

1. This case is **DISMISSED without prejudice.**
2. The Clerk is **DIRECTED** to deny any pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on June 18, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record